UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SCALLY,<br><br>                            Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICERS A. FLORES and E. VEGA,<br><br>                            Defendants. | Case No.: 22cv0182-DMS-MDD<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 24] |

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* with a First Amended Complaint pursuant to 42 U.S.C. § 1983.  (ECF No. 7).  Before the Court is Plaintiff's Motion for Summary Judgment arguing that Defendants failed to timely respond to Plaintiff's complaint by September 6, 2022.  (ECF No. 24).

On September 2, 2022, Defendants responded to Plaintiff's complaint by filing a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (*See* ECF No. 20).  Defendants are entitled to file a motion to dismiss pursuant to Rule 12(b) in lieu of an answer.  *See, e.g.*, *Gabor v. Seligmann*, 222 F. App'x 577, 579 (9th Cir. 2007).  Accordingly, the Court **DENIES AS MOOT** Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: September 13, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge